

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00576-CR

Cynthia **AMBROSE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10002
Honorable Sid L. Harle, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellant's Motion to Withdraw Appeal is GRANTED and this appeal is DISMISSED.

SIGNED November 6, 2013.

Sandee Bryan Marion, Justice